IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-02103-RM-KLM

THOMAS JAMES DORN,

    Plaintiff,

v.

VERNA CARPENTER, Judge,
JEFFERSON COUNTY COURT, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER

    This matter is before the Court on Plaintiff's motions to consolidate (ECF Nos. 14 and 16[1]) Civil Action No. 20-cv-02501-RM with the above-captioned action. Defendants who have appeared, Judge Carpenter and Jefferson County Court, do not oppose the consolidation at least of purposes of ruling on motions to dismiss filed or to be filed.

    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, in actions which involve "a common question of law or fact," the court may consolidate the actions or issue any other orders to avoid unnecessary cost or delay. Under this District's Local Rules, "[a] motion to consolidate…shall be decided by the district judge to whom the lowest numbered case is assigned." D.C.COLO.LCivR 42.1. Whether to consolidate is vested in the broad discretion of the district court. *American Employers' Ins. Co. v. King Res. Co.*, 545 F.2d 1265, 1269 (10th Cir. 1976). Upon the Court's review of the two actions at issue, it finds they involve common

---

[1] The second motion to consolidate is a combined motion directed to this action (No. 20-cv-02103-RM-KLM) and to Plaintiff's other action (No. 20-cv-02501-RM). The Court addresses only that portion of the second motion (ECF No. 16) directed to this action (20-cv-02103) and which requests consolidation.

questions of law or fact. Specifically, both actions appear to relate to or arise from a state issued civil restraining order and have two common state defendants. Accordingly, the Court finds consolidation of the two actions for all purposes is appropriate. It is therefore ORDERED

(1) That Plaintiff's motions to consolidate (ECF Nos. 14 and 16) are GRANTED as stated herein;

(2) That Civil Action No. 20-cv-02501-RM is consolidated with this action (20-cv-2103-RM-KLM) for all purposes;

(3) That Magistrate Judge Mix shall be the sole referral magistrate judge in this consolidated action;

(4) That all papers in this consolidated action shall be filed in the lowest case number, No. 20-cv-02103-RM-KLM; and

(5) That this Order shall also be filed in Civil Action No. 20-cv-02501-RM.

DATED this 7th day of October, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge